**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
_____ **DIVISION**

_Stephen    Hunter_

(Enter Above the Name of the Plaintiff in this Action)

vs.

_Dwayne    Bowman_

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_Laura Wickett , Tara Leaman_
_Mary Colweck, Curt Kissinger_
_Debrah Ramsey, Melissa Gilliam_
_Judge John Williams,_

FILED
RICHARD W. NAGEL
CLERK OF COURT

2016 JAN -8  PM 4: 03

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

'1:16CV233

J. DLOTT

M.J. LITKOVITZ

**COMPLAINT**

I.   Parties to the action:

Plaintiff:   Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

_Stephen    Hunter_
Name - Full Name Please - PRINT

_P.O.  Box  40324_
Street Address

_Cincinnati  Ohio  45240_
City, State and Zip Code

_513-297-8025_
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. ___Dwayne Bowman___
Name - Full Name Please

___2020 Auburn Ave, Cincinnati Ohio 45219___
Address: Street, City, State and Zip Code

2. ___Laura Wickett___
___800 Broadway, Cincinnati Ohio 45202___

3. ___Mary Colweck, Debrah Ramsey___
___2020 Auburn Ave, Cincinnati Ohio 45219___

4. ___Judge John Williams___
___800 Broadway, Cincinnati Ohio 45202___

5. ___Melissa Gilliam, Tara Leaman___
___222 East Central Parkway, Cincinnati Ohio 45202___

6. ___Curt Kissinger___
___800 Broadway Cincinnati Ohio 45202___

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

- Defendant Dwayne Bowman is Superintendant of Hamilton County Juvenile Detention Center.
- Defendant Bowman & Juvenile Court is responsible for unjustly terminating me, after false statements By Juvenile court to HCJFS about me
- Defendant Dwayne Bowman kept white employees Hired & undiscipline after making false statements and failing to follow proper restraint process and methods of adequate training.
- Defendant Dwayne Bowman never attended my administrative Hearing, and was not in Building or present on grounds when Incident took place. Defendant Bowman has no recollection of the incident on July 1, 2013, but made recommendation of my termination.
- Defendant Dwayne Bowman misrepresented a Key term in the juvenile court restraining policy which lead to unjust termination.

- Defendant Bowman Knew that protocol required employees to assist with restraints when necessary, and that employees failed to assist Plaintiff Stephen Hunter.

- Defendant Bowman knew when Plaintiff Stephen Hunter was terminated that the "white employee" who accused him of abusing a child admitted at the administrative hearing that her statement against Plaintiff Stephen Hunter was false.

- Defendant Bowman knew that restraints at Juvenile Court occurred almost everyday in many instances multiple times a day, and that many employees and juveniles were often injured, suffering broken arms, shoulders, noses, and other injuries.

- Defendant Bowman treated Plaintiff Stephen Hunter differently than any other employee at youth center because of his dealing with a white youth, Defendant Bowman purposely, knowingly, or recklessly published or caused to be published these false statements through the media where such statements were published, republished, circulated through newspaper, television, social media blogs and online publication around the world. These damages are irreparable.

- Defendant Bowman knew that Plaintiff Stephen Hunter was the intake officer for the child he was falsely accused of intentionally striking, during a routine effort to restrain, and had prepared reports pertaining to the juvenile's intake according to routine procedure.

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

- Defendant Ms. Laura Wickett is Juvenile Court Human Resource Director
- Defendant Ms. Laura Wickett & Juvenile Court is responsible for unjustly terminating me, after she became aware of false statements to HCJFS by Juvenile Court
- Defendant Laura Wickett kept white employees hired & undiscipline after making false statements and failing to follow proper restraint process and methods of adequate training.
- Defendant Laura Wickett knew that protocal required employees to assist with restraints when necessary, and the employees failed to assist Plaintiff Stephen Hunter.
- Defendant Laura Wickett knew that restraints at Juvenile Court occurred almost everyday in many instances multiple times aday, and that many employers and juveniles were often injured suffering broken arms, shoulder injuries, nose, and other injuries.
- Defendant Laura Wickett treated Plaintiff stephen Hunter differently than any other employee at youth center because of his dealing with a white youth. Defendant Laura Wickett knowingly or recklessly published or caused to be published

-3-

These false statements through the media where such statements were published, republished, circulated through newspaper, television, social Media blogs and online publication around the world. These damages are irreparable.

- The false statements lead to an unjust Jan 10, 2014 ruling with Hamilton County Job & Family Services.

- Defendant Laura Wickett Knew, when Plaintiff Stephen Hunter was terminated that the white employee, who accused him of abusing a child admitted at the administrative hearing that her statement against Plaintiff Stephen Hunter was false.

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

- Defendant Mary Colweck on July , 2013 made false statements of allegations of Plaintiff Stephen Hunter abusing a youth inmate at Hamilton County Juvenile Detention Center.

- Defendant Mary Colweck made false statements of witnessing Plantiff Stephen Hunter abusing a youth to Hamilton County Jobs & Family Services on July , 2013 which lead to a Jun 10, 2014 substiating ruling.

- Defendant Mary Colweck on August 1st 2013 during an administrative made detail statements of witnessing Plaintiff Stephen Hunter abusing a youth, then after a series of questions. Defendant Mary Colweck brokedown and admitted she falsified her statements, and that she didn't see anything. Plaintiff Mary Colweck confessed she lied before my attorney Jancya Trotter, HR Laura Wickett, HR David Helm assistant Superintendent Brian Bell, and Vicki Brown Smith.

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

- Defendant Debrah Ramsey on July , 2013 made Knowingly false statements of alegations of Plaintiff Stephen Hunter abusing a youth inmate at Hamilton County Juvenile Detention Center.

- Defendant Debrah Ramsey colaberated with defendant Mary Colweck to convince her to also to make Knowingly false statements.

- Defendant Debrah Ramsey Knowingly false Statements lead to my firing from the youth center, but also lead to a substantiating ruling of child abuse by Hamilton County Jobs & Family Services on January 10, 2014

- Defendant Debrah Ramsey has had a history of making allegations on Men in the Juvenile clerks office. Debrah Ramsey recanted all of those, but I was the fourth victim in one year time.

- Defendant Debrah Ramsey other false statements included jumping and Laying on top of Youth to protect him from Plaintiff Stephen Hunter

-3-

The other youth center employees testimonies confirmed her testimony to be false.

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

-Defendant Judge John Williams is the judge of Hamilton juvenile Court.
- Defendant John Williams & Juvenile Court is responsible for unjustly termination and false statements to Hamilton County Jobs & Family services by employees. These statements lead to an unjust ruling on Jan 10, 2014.
- Defendant Judge John Williams retained white employees hired & undisciplined after making false statements and failed to follow proper restraint process and methods of protocal.
- Defendant Judge John Williams knew that restraints at Juvenile court occured almost everyday in many instances multiple times a day, and that many employees and juveniles were often injured suffering broken arms, shoulder injuries, nose, and etc.
- Defendant Judge John Williams treated Plaintiff Stephen Hunter differently than any other employee at youth center because of his dealing

With a white youth. Defendant Judge John Williams Knowingly or recklessly published or caused to be published these false statements through the media where such statements were published, republished, circulated through newspaper, television, social Media blogs and online publication around the world. These damages are irreparable.

- Defendant Judge John Williams Knew when plaintiff Stephen Hunter was terminated that the white employee, who accused him of abusing a child admitted at the administrative hearing that her statement against Plaintiff Stephen Hunter was false.

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

- Defendant Tara Leaman is an Intake Caseworker at the Hamilton County Jobs & Family Services.

- Defendant Tara Leaman substantiated Plaintiff Stephen Hunter for child abuse before she interviewed him & his Lawyer Janaya Trotter. Defendant Tara Leaman stated her substantiated decision was due to the testimony of Defendant Debroh Ramsey & Defendant Mary Colweck. Jobs & Family Services were suppose to meet with me before a decision, that was the protocal used with other Hamilton County Juvenile workers.
- During an appeal hearing Tara Leaman had no knowledge of the child's drug abuse, history of violence with the police & other Juvenile workers, when evidence of false evidence was presented she declined and stated "no" to go back and find out the truth
- Defendant Tara Leaman was unfamiliar with the practices & policies of Juvenile Court

-3-

- Plaintiff Stephen Hunter was treated differently in this particular case. The two women who falsely testified against Plaintiff Hunter were white & the youth was white. Restraining children in youth center happened routinely almost everyday. Injuries such as broken bones, busted noses, injuries etc. were common to staff & youth, but no staff was substantiated by jobs & family services. The youth involved in those were black.

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

- Defendant Curt Kissinger is Juvenile Court Administrator.
- Defendant Curt Kissinger & Juvenile Court is responsible for unjustly termination and false statements by employees to Hamilton County Jobs & Family Services. These false statements lead to an unjust ruling on Jan 10, 2014.
- Defendant Curt Kissinger kept white employees hired & undiscipline after they made false statements and failed to follow proper restraint process and methods of adequate training.
- Defendant Curt Kissinger knew that restraints at juvenile court occured almost everyday in many instances multiple times a day, and that many employees and juveniles were often injured suffering broken arms, shoulder injuries, nose, and etc.
- Defendant Curt Kissinger treated Plaintiff Stephen Hunter differently than any other employee at youth center because of his dealing with

-3-

a white youth.

- Defendant Curt Kissinger knowingly or recklessly published or caused to be published these false statements through the media where such statements were published, republished, circulated through news paper, television, social Media blogs and online publication around the world. These damages are irreparable

- Defendant Curt Kissinger knew when plaintiff Stephen Hunter was terminated that the white employee, who accused him of abusing a child admitted at the administrative hearing that their statement against Plaintiff Stephen Hunter was false.

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

- Defendant Melisa Gilliam is The Hamilton County Jobs and Family Services Children's Services Manager.

- Defendant Melisa Gilliam substantiated me for abuse along with defendant Tara Leaman before discussing it with me & my counsel. This is what Defendant Tara Leaman stated. The decision was based on the testimony of the white juvenile detention workers, who falsely made statements of abuse.

- Defendant Melisa Gilliam attended the hearing at Jobs & Family Service and failed to instruct Tara Leamen to go back and investigate the case properly.

IV.  Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

Case Number                          Caption

_____      _____ vs. _____

_____      _____ vs. _____

_____      _____ vs. _____

V.  Relief

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal argument, cite no case or statutes.

- Compensatory Damages
- Punitive Damages
- attorney fees
- equitable relief and any other relief this court finds I may be entitled

I state under penalty of perjury that the foregoing is true and correct.  Executed on

this _____ day of _____, 20___.

_____
Signature of Plaintiff

-4-